# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 7, 2025

## NO. 03-24-00621-CV

**Jackie Jacobsen, Appellant**

**v.**

**Power Monkey Motors, LLC d/b/a Grease Monkey 1120, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS AND CRUMP
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on August 14, 2024. Having reviewed the record, the Court holds that Jackie Jacobsen has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.